# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 14-32316
§
JUAN M LOPEZ §
LORENA ROSAS §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/28/2016, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/31/2016          By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-32316 |
| | § | |
| JUAN M LOPEZ | § | |
| LORENA ROSAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $6,445.00 |
| *and approved disbursements of* | $2,117.33 |
| *leaving a balance on hand of*[1] *:* | $4,327.67 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,327.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,085.94 | $0.00 | $1,085.94 |
| David P. Leibowitz, Trustee Expenses | $7.80 | $0.00 | $7.80 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,093.74 |
| Remaining balance: | $3,233.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $3,233.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,233.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $57,375.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $1,221.14 | $0.00 | $68.84 |
| 2 | Quantum3 Group LLC as agent for | $369.90 | $0.00 | $20.85 |
| 3 | Quantum3 Group LLC as agent for | $191.89 | $0.00 | $10.82 |
| 4 | U.S. Department of Education | $16,415.77 | $0.00 | $925.27 |
| 5 | Capital One, N.A. | $402.95 | $0.00 | $22.71 |
| 6 | PYOD, LLC its successors and assigns as assignee | $9,516.22 | $0.00 | $536.38 |
| 7 | PYOD, LLC its successors and assigns as assignee | $1,246.74 | $0.00 | $70.27 |
| 8 | PYOD, LLC its successors and assigns as assignee | $891.92 | $0.00 | $50.27 |
| 9 | PYOD, LLC its successors and assigns as assignee | $583.66 | $0.00 | $32.90 |
| 10 | PYOD, LLC its successors and assigns as assignee | $21,335.90 | $0.00 | $1,202.59 |
| 11 | American Express Centurion Bank | $1,927.43 | $0.00 | $108.64 |
| 12 | Citibank, N.A. | $1,007.08 | $0.00 | $56.76 |
| 13 | Synchrony Bank | $838.22 | $0.00 | $47.25 |

UST Form 101-7-NFR (10/1/2010)

| 14 | Synchrony Bank | $355.45 | $0.00 | $20.03 |
|----|----------------|---------|-------|--------|
| 15 | Synchrony Bank | $1,070.73 | $0.00 | $60.35 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $3,233.93 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 14-32316-CAD
Juan M Lopez                                                    Chapter 7
Lorena Rosas
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: dpruitt              Page 1 of 1              Date Rcvd: Apr 01, 2016
                             Form ID: pdf006            Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2016.
db            +Juan M Lopez,    5339 S Rockwell St,    Chicago, IL 60632-1514
jdb           +Lorena Rosas,    2646 W 23rd Street,    Chicago, IL 60608-3610
23274479       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23026544       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22901249       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2016 01:23:35
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK   73124-8866
23327063       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2016 01:23:34      Citibank, N.A.,
                c/o American InfoSource LP,    PO Box 248840,   Oklahoma City, OK   73124-8840
23260564      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2016 01:24:16
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
22913873       E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2016 01:28:29
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
23403117       E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2016 01:25:02      Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22919346      +E-mail/Text: electronicbkydocs@nelnet.net Apr 02 2016 01:29:00      U.S. Department of Education,
                C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2016 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    Seterus, Inc., as authorized  subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America anelson@atty-pierce.com,  northerndistrict@atty-pierce.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joel P Fonferko    on behalf of Creditor    CITIMORTGAGE, INC. ND-One@il.cslegal.com
              Karen  Walin    on behalf of Debtor 2 Lorena  Rosas kwalin@chicagolegalllc.com,
               clifford7285@att.net;sskupien@chicagolegalllc.com;G7531@notify.cincompass.com
              Karen  Walin    on behalf of Debtor 1 Juan M Lopez kwalin@chicagolegalllc.com,
               clifford7285@att.net;sskupien@chicagolegalllc.com;G7531@notify.cincompass.com
              Keith  Levy    on behalf of Creditor    JPMorgan Chase Bank, National Association
               amps@manleydeas.com
              Kinnera  Bhoopal    on behalf of Creditor    Seterus, Inc., as authorized  subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America kinnera.bhoopal@pierceservices.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross W Bartolotta    on behalf of Creditor    Nissan Motor Acceptance rbartolo@smbtrials.com
              Todd J  Ruchman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               amps@manleydeas.com
                                                                                              TOTAL: 11
```