UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-32316 |
| | § | |
| JUAN M LOPEZ | § | |
| LORENA ROSAS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $219,410.00 | Assets Exempt: | $43,300.00 |
| Total Distributions to Claimants: | $3,233.93 | Claims Discharged Without Payment: | $56,478.57 |
| Total Expenses of Administration: | $1,109.82 | | |

3)   Total gross receipts of $6,445.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,101.25 (see **Exhibit 2),** yielded net receipts of $4,343.75 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $364,483.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,109.82 | $1,109.82 | $1,109.82 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $74,268.00 | $57,375.00 | $57,375.00 | $3,233.93 |
| **Total Disbursements** | $438,751.00 | $58,484.82 | $58,484.82 | $4,343.75 |

4). This case was originally filed under chapter 7 on 09/03/2014. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2016    By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 UNSCHEDULED TAX REFUND | 1224-000 | $6,445.00 |
| **TOTAL GROSS RECEIPTS** | | $6,445.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JUAN LOPEZ | Funds to Third Parties | 8500-002 | $2,101.25 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,101.25 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $205,268.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $88,049.00 | $0.00 | $0.00 | $0.00 |
| | Citimortgage | 4110-000 | $53,471.00 | $0.00 | $0.00 | $0.00 |
| | Nissan Motor Acceptance | 4110-000 | $17,695.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $364,483.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,085.94 | $1,085.94 | $1,085.94 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $7.80 | $7.80 | $7.80 |
| Green Bank | 2600-000 | NA | $16.08 | $16.08 | $16.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,109.82 | $1,109.82 | $1,109.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | $1,166.00 | $1,221.14 | $1,221.14 | $68.84 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $327.00 | $369.90 | $369.90 | $20.85 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $153.00 | $191.89 | $191.89 | $10.82 |
| 4 | U.S. Department of Education | 7100-000 | $16,750.00 | $16,415.77 | $16,415.77 | $925.27 |
| 5 | Capital One, N.A. | 7100-900 | $361.00 | $402.95 | $402.95 | $22.71 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $9,516.00 | $9,516.22 | $9,516.22 | $536.38 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $524.00 | $1,246.74 | $1,246.74 | $70.27 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $845.00 | $891.92 | $891.92 | $50.27 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $536.00 | $583.66 | $583.66 | $32.90 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $21,335.00 | $21,335.90 | $21,335.90 | $1,202.59 |
| 11 | American Express Centurion Bank | 7100-900 | $1,861.00 | $1,927.43 | $1,927.43 | $108.64 |
| 12 | Citibank, N.A. | 7100-900 | $956.00 | $1,007.08 | $1,007.08 | $56.76 |
| 13 | Synchrony Bank | 7100-900 | $784.00 | $838.22 | $838.22 | $47.25 |
| 14 | Synchrony Bank | 7100-900 | $314.00 | $355.45 | $355.45 | $20.03 |
| 15 | Synchrony Bank | 7100-900 | $1,012.00 | $1,070.73 | $1,070.73 | $60.35 |
|  | Chase | 7100-000 | $5,910.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $2,912.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $1,531.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $1,461.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $5,237.00 | $0.00 | $0.00 | $0.00 |
|  | Syncb/sams Club | 7100-000 | $463.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Torres Credit Srv | 7100-000 | $314.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $74,268.00 | $57,375.00 | $57,375.00 | $3,233.93 |

**UST Form 101-7-TDR (10/1/2010)**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 14-32316-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOPEZ, JUAN M AND ROSAS, LORENA | Date Filed (f) or Converted (c): | 09/03/2014 (f) |
| For the Period Ending: | 6/26/2016 | §341(a) Meeting Date: | 10/21/2014 |
| | | Claims Bar Date: | 06/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2646 W 23rd St Chicago IL 60608 | $90,000.00 | $0.00 | | $0.00 | FA |
| 2  5305 S Talman Chicago IL 60632 | $80,000.00 | $0.00 | OA | $0.00 | FA |
| 3  5339 S Rockwell Chicago IL 60632 | $69,000.00 | $529.00 | | $0.00 | FA |
| 4  Chase checking account | $3,000.00 | $0.00 | | $0.00 | FA |
| 5  Chase checking account | $200.00 | $0.00 | | $0.00 | FA |
| 6  Chase savings account | $50.00 | $0.00 | | $0.00 | FA |
| 7  Household goods and furnishings | $1,200.00 | $0.00 | | $0.00 | FA |
| 8  Debtors personal clothing Husband | $200.00 | $0.00 | | $0.00 | FA |
| 9  Debtors personal clothing Wife | $300.00 | $0.00 | | $0.00 | FA |
| 10  1997 Ford F 150 197000 miles | $1,000.00 | $0.00 | | $0.00 | FA |
| 11  2003 Chevy Cavalier Jointly owned with son Full value $1,500 | $750.00 | $0.00 | | $0.00 | FA |
| 12  2012 Nissan Altima | $13,960.00 | $0.00 | | $0.00 | FA |
| 13  2014 UNSCHEDULED TAX REFUND (u) | $0.00 | $0.00 | | $6,445.00 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$259,660.00     $529.00     $6,445.00     $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2016 | TDR to be prepared |
| | See combined bank statements for TDR in the "Bank Statements" Category |
| 10/30/2015 | Reviewed Claims and Prepared TFR |
| 09/24/2015 | Claim have been examined no objections required (DPL 9/24/15) |
| 06/30/2015 | Email sent regarding employment of Real Estate Broker to Linda De'Angelo. Motion to Employ to be filed. |
| 03/18/2015 | EMPOY REAL ESTATE BROKER |
| 01/29/2015 | Motion to Employ Scheduled 2/5/15 |
| 01/29/2015 | Motion to Employ Lakelaw Filed and Scheduled 2/15/15 |
| 01/23/2015 | Prepared Motion to Employ for Attorney Review |
| 01/12/2015 | Opposed Motion to Convert, equity in properties. Determine if we will list |
| 11/18/2014 | Oppose motion to convert |
| | 2646 W. 23rd St., Chicago, IL 60608 Lien $88,049.00 – BPO $125,000.00 |
| | 5339 S. Rockwell, Chicago, IL 60632 Lien $53,000.00 -- BPO $90,000.00 |
| 10/29/2014 | Tax Intercept Completed |
| 10/28/2014 | Property values |
| | 2646 W 23rd St Chicago IL 60608 - $125k |
| | 5305 S Talman Chicago IL 60632 - $130k |
| | 5339 S Rockwell Chicago IL 60632 - $90k |

Exhibit 8

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-32316-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LOPEZ, JUAN M AND ROSAS, LORENA | | Date Filed (f) or Converted (c): | 09/03/2014 (f) |
| For the Period Ending: | 6/26/2016 | | §341(a) Meeting Date: | 10/21/2014 |
| | | | Claims Bar Date: | 06/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

10/24/2014     Requested BPO

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/19/2016 |
| **Current Projected Date Of Final Report (TFR):** | 10/30/2015 |

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 14-32316-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOPEZ, JUAN M AND ROSAS, LORENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9231 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2015 | (13) | United States Treasury | Tax Refund | 1224-000 | $6,445.00 | | $6,445.00 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.03 | $6,438.97 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.05 | $6,428.92 |
| 10/29/2015 | 3001 | JUAN LOPEZ | Pro rata portion of Tax Refund | 8500-002 | | $2,101.25 | $4,327.67 |
| 05/09/2016 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,085.94 | $3,241.73 |
| 05/09/2016 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $7.80 | $3,233.93 |
| 05/09/2016 | 3004 | U.S. Department of Education | Amount Claimed: 16,415.77; Distribution Dividend: 5.64; Claim #: 4; Dividend: 21.38; Amount Allowed: 16,415.77; Notes: ; | 7100-000 | | $925.27 | $2,308.66 |
| 05/09/2016 | 3005 | American InfoSource LP as agent for | Amount Claimed: 1,221.14;  Distribution Dividend: 5.64; Claim #: 1; Dividend: 1.59; Amount Allowed: 1,221.14; Notes: ; | 7100-900 | | $68.84 | $2,239.82 |
| 05/09/2016 | 3006 | Quantum3 Group LLC as agent for | Amount Claimed: 369.90;  Distribution Dividend: 5.64; Claim #: 2; Dividend: 0.48; Amount Allowed: 369.90; Notes: ; | 7100-900 | | $20.85 | $2,218.97 |
| 05/09/2016 | 3007 | Quantum3 Group LLC as agent for | Amount Claimed: 191.89;  Distribution Dividend: 5.64; Claim #: 3; Dividend: 0.25; Amount Allowed: 191.89; Notes: ; | 7100-900 | | $10.82 | $2,208.15 |
| 05/09/2016 | 3008 | Capital One, N.A. | Amount Claimed: 402.95;  Distribution Dividend: 5.64; Claim #: 5; Dividend: 0.52; Amount Allowed: 402.95; Notes: ; | 7100-900 | | $22.71 | $2,185.44 |
| 05/09/2016 | 3009 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 9,516.22;  Distribution Dividend: 5.64; Claim #: 6; Dividend: 12.39; Amount Allowed: 9,516.22; Notes: ; | 7100-900 | | $536.38 | $1,649.06 |
| 05/09/2016 | 3010 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 1,246.74;  Distribution Dividend: 5.64; Claim #: 7; Dividend: 1.62; Amount Allowed: 1,246.74; Notes: ; | 7100-900 | | $70.27 | $1,578.79 |
| 05/09/2016 | 3011 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 891.92;  Distribution Dividend: 5.64; Claim #: 8; Dividend: 1.16; Amount Allowed: 891.92; Notes: ; | 7100-900 | | $50.27 | $1,528.52 |
| 05/09/2016 | 3012 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 583.66;  Distribution Dividend: 5.64; Claim #: 9; Dividend: 0.76; Amount Allowed: 583.66; Notes: ; | 7100-900 | | $32.90 | $1,495.62 |
| 05/09/2016 | 3013 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 21,335.90; Distribution Dividend: 5.64; Claim #: 10; Dividend: 27.78; Amount Allowed: 21,335.90; Notes: ; | 7100-900 | | $1,202.59 | $293.03 |

**SUBTOTALS**  $6,445.00   $6,151.97

Case 14-32316 Doc 66 Filed 06/29/16 Entered 06/29/16 13:30:14 Desc Main
Document Page 9 of 10

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2
Exhibit 9

| Case No. | 14-32316-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOPEZ, JUAN M AND ROSAS, LORENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9231 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2016 | 3014 | American Express Centurion Bank | Amount Claimed: 1,927.43; Distribution Dividend: 5.64; Claim #: 11; Dividend: 2.51; Amount Allowed: 1,927.43; Notes: ; | 7100-900 | | $108.64 | $184.39 |
| 05/09/2016 | 3015 | Citibank, N.A. | Amount Claimed: 1,007.08; Distribution Dividend: 5.64; Claim #: 12; Dividend: 1.31; Amount Allowed: 1,007.08; Notes: ; | 7100-900 | | $56.76 | $127.63 |
| 05/09/2016 | 3016 | Synchrony Bank | Amount Claimed: 838.22; Distribution Dividend: 5.64; Claim #: 13; Dividend: 1.09; Amount Allowed: 838.22; Notes: ; | 7100-900 | | $47.25 | $80.38 |
| 05/09/2016 | 3017 | Synchrony Bank | Amount Claimed: 355.45; Distribution Dividend: 5.64; Claim #: 14; Dividend: 0.46; Amount Allowed: 355.45; Notes: ; | 7100-900 | | $20.03 | $60.35 |
| 05/09/2016 | 3018 | Synchrony Bank | Amount Claimed: 1,070.73; Distribution Dividend: 5.64; Claim #: 15; Dividend: 1.39; Amount Allowed: 1,070.73; Notes: ; | 7100-900 | | $60.35 | $0.00 |
| | | | TOTALS: | | $6,445.00 | $6,445.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,445.00 | $6,445.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,445.00 | $6,445.00 | |

| For the period of 9/3/2014 to 6/26/2016 | | For the entire history of the account between 08/07/2015 to 6/26/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,445.00 | Total Compensable Receipts: | $6,445.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,445.00 | Total Comp/Non Comp Receipts: | $6,445.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,343.75 | Total Compensable Disbursements: | $4,343.75 |
| Total Non-Compensable Disbursements: | $2,101.25 | Total Non-Compensable Disbursements: | $2,101.25 |
| Total Comp/Non Comp Disbursements: | $6,445.00 | Total Comp/Non Comp Disbursements: | $6,445.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-32316-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LOPEZ, JUAN M AND ROSAS, LORENA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9231 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/3/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,445.00 | $6,445.00 | $0.00 |

**For the period of 9/3/2014 to 6/26/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $6,445.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,445.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,343.75 |
| Total Non-Compensable Disbursements: | $2,101.25 |
| Total Comp/Non Comp Disbursements: | $6,445.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/03/2014 to 6/26/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $6,445.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,445.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,343.75 |
| Total Non-Compensable Disbursements: | $2,101.25 |
| Total Comp/Non Comp Disbursements: | $6,445.00 |
| Total Internal/Transfer Disbursements: | $0.00 |